UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

ADVANCED WATER TECHNOLOGIES INC.,      :    Case No. 1:18-cv-05473-VSB

                             :

               Plaintiff,          :

                             :    **NOTICE OF MOTION TO**

     -against-            :    <u>**DISMISS THE COMPLAINT**</u>

                             :

AMIAD U.S.A., INC.,               :

                             :

               Defendant.      :

                             :

--------------------------------------------------------------- x

     **PLEASE TAKE NOTICE** that upon the Declaration of Noah M. Weissman, dated

September 28, 2018, with exhibits, the Declaration of Matthew Miles, dated September 28, 2018,

and the accompanying memorandum of law, and all other papers and proceedings had herein,

Defendant Amiad U.S.A., Inc. ("Amiad") will move this court, before the Honorable Vernon S.

Broderick, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom

518, New York, NY 10007, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, dismissing plaintiff Advanced Water Technologies Inc.'s Complaint for failure to

state a cause of action or, in the alternative, dismissing this action under the "first-filed" rule, and

granting Amiad such other, further and different relief as the Court deems just and proper.

*[signature page follows]*

12182598

Dated: New York, New York
September 28, 2018

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: _____/s/ Noah M. Weissman_____
Noah M. Weissman
Courtney J. Peterson
1290 Avenue of the Americas
New York, New York 10104
T:  (212) 541-2000
F:  (212) 541-4630
Email:  nmweissman@bclplaw.com
         courtney.peterson@bclplaw.com

*Attorneys for Defendant*

2