UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                         :
ADVANCED WATER TECHNOLOGIES, INC.,      :
                         :
              Plaintiffs,          :
                         :      18-cv-5473 (LJL)
       -v-                       :
                         :        ORDER
AMIAD U.S. A., INC.,                          :
                         :
             Defendant.         :
                         :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

LEWIS J. LIMAN, United States District Judge:

       Plaintiff's motion to compel (Dkt. No. 43) is DENIED.

       IT IS HEREBY ORDERED that the parties shall submit a proposed protective order no later than 5:00 p.m. on April 10, 2020. In accordance with Paragraph 2(F) of the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-lewis-j-liman), the proposed protective order must conform as closely as possible with the Court's Model Protective Order, which is available on the same webpage. Any changes must be reflected in a redline that should be filed as an exhibit to the proposed protective order.

       SO ORDERED.

Dated: April 6, 2020                                    _____
       New York, New York                       LEWIS J. LIMAN
                                                              United States District Judge