```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                   :
ADVANCED WATER TECHNOLOGIES, INC.,                                 :
                                                                   :
                        Plaintiffs,                                :
                                                                   :         18-cv-5473 (LJL)
        -v-                                                        :
                                                                   :         ORDER
AMIAD U.S.A., INC.                                                 :
                                                                   :
                        Defendant.                                 :
                                                                   :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of proposed protective orders from both parties (Dkt. Nos. 75, 76). No later than 5:00 p.m. on June 25, 2020, the parties shall jointly file a revised proposed protective order that incorporates the following changes *as against Amiad's proposed protective order* (Dkt. No. 75):

- At Paragraph 8(c), strike "or is an officer . . . " to the end
- At Paragraph 8, the presently-lettered (h) should be lettered (f)
- Substitute the Paragraph 10 that is proposed by AWT
- Substitute the Paragraph 20 that is proposed by AWT
- In the non-disclosure agreement, after "other than for purposes of this litigation," add "that I will not disclose such information to persons not authorized to receive it pursuant to this protective order "
- Substitute AWT's final sentence in the non-disclosure agreement

SO ORDERED.

Dated: June 23, 2020
       New York, New York                          _____
                                                           LEWIS J. LIMAN
                                                       United States District Judge