SO ORDERED.  
8/14/2020  

_____  
LEWIS J. LIMAN  
United States District Judge

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------------x  

ADVANCED WATER TECHNOLOGIES INC.,      Civil Action No.: 1:18-cv-05473(LJL)  
                Plaintiff,  

      -against-                        STIPULATION OF DISMISSAL  
                                              <u>WITH PREJUDICE</u>  

AMIAD U.S.A., INC.,  

                Defendant.  
----------------------------------------------------------------x  

      WHEREAS, Plaintiff filed a Complaint (Dkt. 1) and an Amended Complaint (Dkt. 57) asserting claims for, *inter alia*, breach of contract;

      WHEREAS, Defendant filed an Answer (Dkt. 28), Amended Answer (Dkt. 56) and an Answer to the Amended Complaint (Dkt. 64), asserting claims for, *inter alia*, breach of contract;

      WHEREAS, Plaintiff and Defendant agreed to a settlement of all of the claims asserted by Plaintiff and Defendant respectively;

      NOW THEREFORE, it is hereby stipulated and agreed, by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned Action should be dismissed with prejudice from the docket of the Court.

Dated: August 6, 2020

ATTORNEY FOR PLAINTIFF:                  ATTORNEYS FOR DEFENDANTS:

_____        _____  
Ronald Francis, Esq.                            Noah Weissman, Esq.  
30 Broad Street, 37th Floor                Bryan Cave Leighton Paisner LLP  
New York, NY 10004                        1290 Avenue of the Americas  
(212) 279-6536                                New York, NY 10104  
rf@ronaldfrancislaw.com                   (212) 541-2000  
                                                            nmweissman@bclplaw.com

SO ORDERED:

_____
Hon. Lewis J. Liman
United States District Judge